IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| RANDY L. ADAMS, *et al.*, § | |
| § | |
| *Plaintiffs*, § | |
| § | Civil Action No. 4:16-CV-071-GHD-JMV |
| vs. § | |
| § | |
| JOHN M. O'QUINN & ASSOCIATES, PLLC § | |
| D/B/A THE O'QUINN LAW FIRM, *et al.*, § | |
| § | |
| *Defendants*. § | |

## NOTICE OF ENTRY OF APPEARANCE

COME NOW Bradford J. Blackmon and the Law Firm of Blackmon & Blackmon, PLLC, and enters his appearance as additional counsel for T. Gerald Treece, Independent Executor of the Estate of John M. O'Quinn, Deceased and Richard N. Laminack, Deceased, in the above styled and numbered caused.

Respectfully submitted, this the 26th day of May, 2016.

**BLACKMON & BLACKMON ATTORNEYS AT LAW, PLLC**

By: /s/ Bradford J. Blackmon, Esq.
Bradford J. Blackmon, MSB No. 104848
907 West Peace Street
P.O. Drawer 105
Canton, Mississippi 39046
Telephone: (601) 859-1567
Facsimile: (601) 859-2311
***Attorney-In-Charge For Defendant T. Gerald Treece, Independent Executor Of The Estate Of John M. O'Quinn, Deceased And Richard N. Laminack***

1

2

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the above and foregoing Notice of Entry of Appearance has been forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure, by CM/ECF filing on May 26, 2016.

                                            */s/ Bradford J. Blackmon*
                                            Bradford J. Blackmon

Z:\oldFiles\Associated.Defendant\O'Quinn\Randy Adams\ADAMS - Notice of Appearance of EBJ.DOCX