IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| RANDY L. ADAMS, *et al.*, § § *Plaintiffs*, § § vs. § § JOHN M. O'QUINN & ASSOCIATES, PLLC § D/B/A THE O'QUINN LAW FIRM, *et al.*, § § *Defendants*. § | Civil Action No. 4:16-CV-071-GHD-JMV |

## CONSENT TO REMOVAL

Defendants T. Gerald Treece, Independent Executor of the Estate of John M. O'Quinn, Deceased and Richard N. Laminack, consent to the Notice of Removal filed by Defendants John M. O'Quinn & Associates, PLLC d/b/a The O'Quinn Law Firm, John M. O'Quinn & Associates, L.L.P., John M. O'Quinn, P.C., and John M. O'Quinn Law Firm, PLLC on April 13, 2016. By consenting to removal, Defendants Treece and Laminack do not waive any objections and/or defenses to Plaintiffs' claims, including personal jurisdiction.

Respectfully submitted, this the 25th day of May, 2016.

BLACKMON & BLACKMON ATTORNEYS AT LAW, PLLC

By: _____
Edward Blackmon, Jr., MSB No. 3354
Bradford J. Blackmon, MSB No. 104848
907 West Peace Street
P.O. Drawer 105
Canton, Mississippi 39046
Telephone: (601) 859-1567
***Attorney-In-Charge For Defendant T. Gerald Treece,
Independent Executor Of The Estate Of John M.
O'Quinn, Deceased And Richard N. Laminack***

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure, by CM/ECF filing on May 25, 2016.

_____
Edward Blackmon, Jr.

Z:\oldFiles\Associated.Defendant\O'Quinn\Randy Adams\ADAMS - Consent to Removal (01561520x9F588).DOCX