# EXHIBIT "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

VERALENE LANE                                                         PLAINTIFF

V.                                              CIVIL ACTION NO. 3:12CV372 DPJ-FKB

JOHN M. O'QUINN & ASSOCIATES, PLLC, ET AL.                            DEFENDANTS

ORDER

This cause is before the Court on motion of Defendants to compel arbitration [4] and to strike Plaintiff's memorandum in opposition to the motion to compel arbitration [15]. An evidentiary hearing was held on August 7, 2013, and for the reasons stated on the record, the Court finds as follows:

- The stay of this matter is lifted.

- The motion to compel arbitration [4] is granted.

- The motion to strike Plaintiff's memorandum in opposition to the motion [15] is denied.

- Plaintiff's claims, as to all defendants, are referred to arbitration.

IT IS, THEREFORE, ORDERED that arbitration is compelled and the matter is moved to the Court's inactive docket. The Clerk of the Court is directed to administratively close this case, but either party may move to reopen the matter if further Court action is required.

**SO ORDERED AND ADJUDGED** this the 8th day of August, 2013.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE