IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| RANDY L. ADAMS, et al )<br>)<br>      Plaintiffs, )<br>)<br>v. )<br>)<br>JOHN M. O'QUINN & ASSOCIATES, )<br>PLLC D/B/A THE O'QUINN LAW )<br>FIRM, et al., )<br>)<br>      Defendants. )<br>)<br>_____ ) | CIVIL ACTION NO.: 4:16-CV-071-GHD-JMV |

## **PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiffs hereby give notice of their dismissal of Defendants John M. O'Quinn & Associates, PLLC D/B/A The O'Quinn Law Firm, John M. O'Quinn & Associates L.L.P., John M. O'Quinn, P.C., John M. O'Quinn Law Firm, PLLC, and T. Gerald Treece, Independent Executor of The Estate of John M. O'Quinn, Deceased.

Plaintiffs would show that

1. Their Original Complaint was filed on March 14, 2016.

2. The Defendants being dismissed have waived service of summons in this matter.

3. The Defendants being dismissed have not filed a motion for summary judgment in this matter.

4. Plaintiffs hereby dismiss Defendants John M. O'Quinn & Associates, PLLC D/B/A The O'Quinn Law Firm, John M. O'Quinn & Associates L.L.P., John M. O'Quinn, P.C., John M. O'Quinn Law Firm, PLLC, and T. Gerald Treece, Independent Executor of The Estate of John M. O'Quinn, Deceased with prejudice.

5. Plaintiffs' dismissal of said Defendants is pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(1).

6. Counsel for Defendants John M. O'Quinn & Associates, PLLC D/B/A The O'Quinn Law Firm, John M. O'Quinn & Associates L.L.P., John M. O'Quinn, P.C., John M. O'Quinn Law Firm, PLLC, and T. Gerald Treece, Independent Executor of The Estate of John M. O'Quinn, Deceased are not opposed to this dismissal.

Plaintiffs ask the Court to take notice and enter an Order of dismissal with prejudice of John M. O'Quinn & Associates, PLLC D/B/A The O'Quinn Law Firm, John M. O'Quinn & Associates L.L.P., John M. O'Quinn, P.C., John M. O'Quinn Law Firm, PLLC, and T. Gerald Treece, Independent Executor of The Estate of John M. O'Quinn, Deceased.

Respectfully submitted,

/s/ *Nancy Powers Johnson* _____
Nancy Powers Johnson
(MS Bar #103893)
ATTORNEY AT LAW
420 Crockett Ave.
Greenwood, MS 38930
(662) 515-4920
FAX (662) 453-6783
Njohnson@rcconst.net

   /s/ *Jerry A. Pusch*_____
**JERRY A. PUSCH**
**Attorney in Charge Admitted Pro Hac Vice**
Texas Bar No. 16410500
Southern District Bar No. 9414
2701 Louisiana Street
Houston, TX 77006
(713) 523-4150
tagee@midtownlaw.net

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

     I do hereby certify that a true and correct copy of this document has been served in accordance with the Federal Rules of Civil Procedure 5(b) on this 11th day of August, 2017.

                                                                                 /s/ *Jerry Pusch*  
                                                                                 Jerry Pusch