IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| RANDY L. ADAMS, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) Civil Action No. 4:16-cv-071-GHD-JMV |
| vs. | ) |
| | ) |
| JOHN M. O'QUINN & ASSOCIATES, PLLC D/B/A THE O'QUINN LAW FIRM, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

## AGREED ORDER DISMISSING COMPLAINT AGAINST ABEL MANJI WITH PREJUDICE

THIS CAUSE is before the Court on the Plaintiffs' Unopposed Motion to Dismiss their Complaint Against Abel Manji With Prejudice [Doc. 74], and the Court having been fully advised in the premises and having been advised that there is no opposition to the motion and that Abel Manji joins in the motion, finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED THAT the Plaintiffs' action against Abel Manji is hereby dismissed with prejudice.

SO ORDERED THIS THE 20 DAY OF November, 2017

_____
UNITED STATES DISTRICT JUDGE

AGREED TO BY:

*/s/ Nancy Powers Johnson*
NANCY POWERS JOHNSON, Attorney
for Plaintiffs

-2-

*/s/ Jerry Pusch*
JERRY PUSCH
Attorney for Plaintiffs

*/s/ Robert R. Stephenson*
ROBERT R. STEPHENSON
Attorney for Defendant, Abel Manji