IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| RANDY L. ADAMS, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | Civil Action No. 4:16-cv-071-GHD-JMV |
| vs. ) | |
| ) | |
| JOHN M. O'QUINN & ASSOCIATES, PLLC ) | |
| D/B/A THE O'QUINN LAW FIRM, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW all Plaintiffs named herein, and Defendant, Danziger & De Llano, LLP, and jointly move this Court for the entry of an order dismissing with prejudice any and all of the Plaintiffs' claims against Defendant, Danziger & De Llano, LLP, in the above captioned lawsuit, with each party to bear its own costs.

Respectfully submitted,

By: */s/ Nancy Powers Johnson*
Nancy Powers Johnson
(MS Bar #103893)
ATTORNEY AT LAW
420 Crockett Ave.
Greenwood, MS 38930
(662) 515-4920
Fax: (662) 453-6783
njohnson@rcconst.net


By: */s/ Jerry A. Pusch*
Jerry A. Pusch
Attorney in Charge Admitted Pro Hac Vice
State Bar No. 16410500
Southern District of Texas Bar No. 9414
2701 Louisiana Street
Houston, Texas 77006
Telephone: (713) 225-9700
Facsimile: (713) 523-4150

tagee@midtownlaw.net

**ATTORNEYS FOR PLAINTIFFS**

BY: */s/ Millard A. Johnson*

Millard A. Johnson
JOHNSON DELUCA KURISKY & GOULD, P.C.
4 HOUSTON CENTER
1221 Lamar Street, Suite 1000
Houston, Texas 77010
Telephone: 713.652.2525
Facsimile: 713.652.5130
mjohnson@jdkglaw.com

**ATTORNEYS FOR DEFENDANT
DANZIGER & DE LLANO, LLP**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record via electronic mail on the 23rd day of February, 2018.

Nancy Powers Johnson
420 Crockett Ave.
Greenwood, MS 38930
Email: njohnson@rcconst.net
*Attorney for Plaintiffs*

Jerry Pusch
2701 Louisiana Street
Houston, Texas 77006
Email: pusch@midtownlaw.net
Email: tagee@midtownlaw.net
*Attorney for Plaintiffs*

Eric Bogdan
4910 Wright Road, Suite 190
Stafford, Texas 77477
Email: bogdanlaw.com
*Attorney for Plaintiffs*

Millard A. Johnson
Johnson, Deluca, Kurisky & Gould
4 Houston Center
1221 Lamar Street, Suite 1000
Houston, TX 77010
Email: mjohnson@jdkglaw.com
*Attorney for Defendant Danziger & DeLlano, LLP*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| RANDY L. ADAMS, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) Civil Action No. 4:16-cv-071-GHD-JMV |
| vs. | ) |
| | ) |
| JOHN M. O'QUINN & ASSOCIATES, PLLC | ) |
| D/B/A THE O'QUINN LAW FIRM, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

## ORDER GRANTING JOINT STIPULATION
## OF DISMISSAL WITH PREJUDICE

The Court considered the Joint Stipulation of Dismissal with Prejudice filed by Plaintiffs and Defendant Danziger & De Llano, LLP. After reviewing the stipulation, this Court believes the Joint Stipulation of Dismissal with Prejudice should be granted.

IT IS THEREFORE ORDERED that the Joint Stipulation of Dismissal with Prejudice is hereby GRANTED.

IT IS FURTHER ORDERED that all of Plaintiffs' claims against Defendants Danziger & De Llano, LLP, Deceased are hereby DISMISSED WITH PREJUDICE.

SIGNED this __ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE

By: */s/ Nancy Powers Johnson*
Nancy Powers Johnson
(MS Bar #103893)
ATTORNEY AT LAW
420 Crockett Ave.
Greenwood, MS 38930
(662) 515-4920
Fax: (662) 453-6783
njohnson@rcconst.net

and

By: */s/ Jerry A. Pusch*
Jerry A. Pusch
Attorney in Charge Admitted Pro Hac Vice
State Bar No. 16410500
Southern District of Texas Bar No. 9414
2701 Louisiana Street
Houston, Texas 77006
Telephone: (713) 225-9700
Facsimile: (713) 523-4150
tagee@midtownlaw.net
**Attorneys for Plaintiffs**


BY: */s/ Millard A. Johnson*

Millard A. Johnson
Johnson, Deluca, Kurisky & Gould
4 Houston Center
1221 Lamar Street, Suite 1000
Houston, TX 77010
Email: mjohnson@jdkglaw.com
**Attorney for Defendant Danziger & DeLlano, LLP**

4