IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

RANDY L. ADAMS, *et. al.*,                                                              PLAINTIFFS

v.                                              CIVIL ACTION NO. 4:16-cv-00071-GHD-JMV

JOHN M. O'QUINN & ASSOCIATES, PLLC
d/b/a THE O'QUINN LAW FIRM, *et al.*,                             DEFENDANTS

ORDER DISMISSING CLAIMS AGAINST DANZIGER & DE LLANO, LLP.

Presently before this Court is a joint stipulation of dismissal with prejudice [76] filed by the Plaintiffs and Defendant Danziger & De Llano, LLP, wherein the parties request this Court dismiss plaintiffs' claims against Danziger & De Llano, LLP.

IT IS THEREFORE ORDERD AND ADJUDGED THAT the Plaintiffs' claims against Danziger & De Llano, LLP are hereby DISMISSED WITH PREJUDICE.

SO ORDERED, this, the ___ day of February, 2018.

_____
SENIOR U.S. DISTRICT JUDGE