# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

RANDY L. ADAMS, *et al.*                                                    **PLAINTIFFS**

**v.**                                          **CIVIL ACTION NO. 4:16-cv-00071-GHD-JMV**

**JOHN M. O'QUINN & ASSOCIATES, PLLC**
**d/b/a THE O'QUINN LAW FIRM,** *et al.*                         **DEFENDANTS**

---

## ORDER

---

Pursuant to the Notice of Dismissal [70] and Fed. R. Civ. P. 41(a)(1)(A)(1), Defendant

Richard Laminack is hereby dismissed as a defendant in this case. Because there are no remaining

defendants, the case is CLOSED.

SO ORDERED, this the 23rd day of April.

SENIOR U.S. DISTRICT JUDGE